UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:05-CR-97-T-27TGW

WILLIAM LANDON HAYES

_____/

ORDER REVOKING SUPERVISED RELEASE
AND
JUDGMENT AND COMMITMENT

THIS CAUSE is before the Court on this 20th day of December, 2006, on a Petition to Revoke Supervised Release. The Defendant, WILLIAM LANDON HAYES, appeared with Counsel, Howard Anderson, AFPD; and Jay Hoffer, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegations in the Petition for Revocation of Supervised Release. Based on the defendant's admission to the allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, **WILLIAM LANDON HAYES**, is hereby committed to the custody of the Bureau of Prisons for imprisonment for a period of **SIXTY (60) DAYS**. The defendant shall receive credit for all time served since his date of arrest.

3. The defendant shall then be on Supervised Release for a term of **ONE (1) YEAR**. The defendant shall comply with all conditions previously imposed, and the following special conditions:

*The defendant shall participate in Drug Aftercare Treatment and Mental Health Counseling, as directed.

*The Court has no objection to transferring supervision.

DONE AND ORDERED at Tampa, Florida this 21st day of December, 2006.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
 -U.S. Attorney's Office
 -Defense Counsel
 -U.S. Marshal
 -U.S. Probation